29-5

AO 451 (Rev. 11/2002) Certification of Judgment for Registration in Another District

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 03-61674-CIV COHN/SNOW

2005 JUL 15 AM 9:11
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JOSEPH D. HARBAUGH

Plaintiff

v.

CHRISTIAN RENE GRESLIN, PATRICK PIRIM. IGOR MARIE DE L'ISLE a/k/a/JEAN PIERRE MARIE L'ISLE, HOLDING B.E.V. S.A., and CARLUS MAGNUS LIMITED

Defendant

mc 05 - 141

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, Clarence Maddox, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on April 13, 2005, as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

5/23/05
Date

Clarence Maddox
Clerk

(By) Deputy Clerk

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.". . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]."... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken form this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filling a notice of appeal.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 03-61674-CIV-COHN/SNOW

JOSEPH D. HARBAUGH,

Plaintiff,

vs.



CHRISTIAN RENE GRESLIN, PATRICK PIRIM, IGOR MARIE DE L'ISLE a/k/a JEAN PIERRE MARIE L'ISLE, HOLDING B.E.V., S.A., and CARLUS MAGNUS LIMITED,

Defendants.
_______________________________________/

**FINAL JUDGMENT FOR ATTORNEYS' FEES AND COSTS**

THIS CAUSE came on before the Court upon the Court's separately entered Order Granting in Part Plaintiff's Verified Motion For Attorneys' Fees and Costs and Plaintiff's Amendment to Motion For Attorneys' Fees. Accordingly, it is

**ORDERED AND ADJUDGED** that Judgment for attorneys' fees and costs is hereby entered in favor of Plaintiff Joseph Harbaugh and against Defendants Igor Marie De L'Isle, Carlus Magnus Limited, Patrick Pirim, Christian Rene Greslin, and Holding B.E.V., S.A., and Plaintiff shall recover $625,442.14.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of April, 2005.

James I. Cohn

**JAMES I. COHN**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Robert N. Harris, Esq.
William J. Brown, Esq.
Susan Kornspan, Esq.
Karen Jerome Smith, Esq.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By M Buck
Deputy Clerk
Date 5/23/05

4462/9P